IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marjorie Swift Cady,<br><br>Plaintiff,<br><br>v.<br><br>United of Omaha Life Insurance Company,<br><br>Defendant. | No. CV-21-01295-PHX-SMM<br><br>**ORDER** |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 24), filed on December 7, 2021,

**IT IS ORDERED approving** the Stipulation (Doc. 24) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action.

Dated this 8th day of December, 2021.

Honorable Stephen M. McNamee
Senior United States District Judge